IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| QUINN MARIO WHITE, #249630, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:10cv545-ID |
| | ) | (WO) |
| D.A. ELEANOR BROOKS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On July 26, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. No. 4).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failure to comply with the orders of the court and to prosecute this action.

Done this the 25th  day of August, 2010.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE